# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civ. Action No. 05-1309 (RJL)** |
| | ) | |
| **CAROLYN JEPPSEN,** | ) | |
| **M.J. By her parent and next friend,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER
(February 24, 2010)

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendant's Petition for Fees [# 27] is GRANTED. Defendant is awarded fees under the Individuals with Disabilities Act, 20 U.S.C. § 1400 et seq., in the amount of $48,228.00. Plaintiff shall make payment to defendant no later than 90 days from the date of this Order.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge